UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

LLOYD HOPKINS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 23-CV-00354
(Racine County Small Claims Court
Case No. 23-SC-902)

---

# NOTICE OF REMOVAL

---

Defendant, by its attorneys, Gregory J. Haanstad, United States Attorney for the Eastern District of Wisconsin, and Brian E. Pawlak, Assistant United States Attorney for said district, respectfully represent:

1. There is now pending before the Racine County Small Claims Court, a matter captioned as *Lloyd Hopkins v. United States of America*, Case Number 23-SC-902 (the "State Court Action"). A true and correct copy of the summons and complaint is attached and marked as **Exhibit A**.

2. The complaint names Assistant United States Attorney Luke P. Sinclair and the United States of America as defendants. Plaintiff alleges in his complaint "TREASON!!!" and later "Milwaukee County left me a message for 200.00 dollars. Requesting I spend more money. Social Sercurity [sic] Administration left the message. 2/24/23 over a ZOOM MEETING (3)." Exhibit A pp. 2, 6.

3. Title 28 U.S.C. § 1442(a)(1) provides in relevant part that a civil action "that is

commenced in a State Court and that is directed to any of the following may be removed by them to the district court of the United States for the district and division embracing the place wherein it is pending: (1) The United States or any agency thereof or any officer (or any person acting under that officer) of the United States or of any agency thereof, in an official or individual capacity, for or relating to any act under color of such office. . . ." Removal of this action is authorized by 28 U.S.C. § 1442(a)(1), because plaintiff has named an Assistant United States Attorney acting within his official capacity and the United States of America as defendants.

4.  A copy of this Notice of Removal is being filed concurrently with the Clerk of the Circuit Court of Racine County, Wisconsin and is being served on plaintiff. *See* 28 U.S.C. §§ 1446(a), (d), and (g). The Circuit Court of Racine County, Wisconsin is located within the jurisdiction of this Court.

WHEREFORE, the action now pending in the Racine County Circuit Court should be hereby removed to the United States District Court for the Eastern District of Wisconsin.

Dated at Milwaukee, Wisconsin, this 17th day of March 2023.

Respectfully submitted,

GREGORY J. HAANSTAD
United States Attorney

By: s/Brian E. Pawlak
BRIAN E. PAWLAK
Assistant United States Attorney
Brian E. Pawlak Bar Number: 1009916
Attorney for Defendant
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, Wisconsin 53202
Telephone: (414) 297-1083
Fax: (414) 297-1738
E-Mail: Brian.Pawlak@usdoj.gov