| | | |
|---|---|---|
| Enter the name of the county in which you are filing this case. | **STATE OF WISCONSIN, CIRCUIT COURT,** <br> **RACINE_____ COUNTY** | |
| The plaintiff is the person bringing the law suit. Enter the Plaintiff's name and address. If two plaintiffs are living at the same address, then the names and addresses may be listed together. For more plaintiffs, check the "additional plaintiffs" box and attach another sheet with their names and addresses. | Plaintiff: <br> _Lloyd_ _____ _Hopkins_ <br> First name  Middle name  Last name <br> _603 MAIN_ <br> Address <br> _____ <br> Address <br> _RACINE_  _WI_  _53401_ <br> City  State  Zip <br> ☐ See attached for additional plaintiffs. <br> -vs- | |
| If this is an Amended Complaint, check the box. Enter the case number given you by the Clerk. | To: Defendant(s): <br> _LUKE_  _P_  _SINCLAIR_ <br> First name  Middle name  Last name <br> _United State of America_ <br> Address <br> _517 E WISCONSIN AVE_ <br> Address <br> _Milwaukee_  _WI_  _53202_ <br> City  State  Zip <br> ☐ See attached for additional defendants. | ☐ Amended <br> **Summons and Complaint** <br> **(Small Claims)** <br><br> Case No. ___23SC0902___ <br><br> ☐ Claim for money ($10,000 or less)  31001 <br> ☒ Tort/Personal injury ($5,000 or less)  31010 <br> ☐ Return of property (replevin)  31003 <br> ☐ Eviction  31004 <br> ☐ Eviction due to foreclosure  31002 <br> ☐ Arbitration award  31006 <br> ☐ Return of earnest money  31008 |
| The defendant is the person or business you are suing. Enter the name(s) and address(es) of the defendant(s). For more than two defendants, check the "additional defendants" box and attach another sheet with their names and addresses. | | |
| On the far right: Check one of the boxes to show what type of small claims case you are filing. **Note:** The clerk will provide the phone number for the disability box. | | If you require reasonable accommodations due to a disability to participate in the court process, please call 262-636-3333 prior to the scheduled court date. Please note that the court does not provide transportation. |

## SUMMONS

| | | |
|---|---|---|
| **Do not check either of these boxes.** The clerk will check one or both and circle "AND" or "OR" according to local court procedure. The clerk will circle what you need to do and will provide the date, time, and place to appear and/or answer. **Note:** Leave dates blank; the clerk or plaintiff's attorney will enter them. | **To the Defendant(s):** <br> You are being sued as described on the attached complaint. If you wish to dispute this matter: <br> ☐ You must appear at the time and place stated. <br> ☐ You must file a written answer and provide a copy to the plaintiff or plaintiff's attorney on or before the date and time stated. <br> If you do not appear or answer, the plaintiff may win this case and a judgment entered for what the plaintiff is asking. <br><br> Clerk/Attorney Signature <br> _[signature]_ | **When to Appear/File an Answer** <br> Date _3-23-23_  Time _9:30_ <br> **Place to Appear/File an Answer** <br> Racine County Courthouse <br> 730 Wisconsin Avenue <br> Racine, WI 53403 <br><br> _Zoom_ <br><br> Date Summons Issued  Date Summons Mailed |

SC-500I, 11/19 Summons and Complaint – Small Claims  Chapter 799, Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.
Page 1 of 2
Case 2:23-cv-00354-BHL   Filed 03/17/23   Page 1 of 7   Document 1-3

# COMPLAINT

**Plaintiff's Demand:**

The plaintiff states the following claim against the defendant(s):

23SC000902

| | |
|---|---|
| Check the box for the type of small claims case you have filed.<br><br>See *Basic Guide to Wisconsin Small Claims Actions* (SC-6000V). | 1. Plaintiff demands judgment for: *(Check as appropriate)*<br>☐ Claim for Money $_____<br>☒ Tort/Personal injury $ *MAX - ALL*<br>☐ Return of property (replevin) *(Describe property in 2 below.)*<br>*(Not to include Wis. Stats. 425.205 actions to recover collateral.)*<br>☐ Eviction<br>☐ Eviction due to foreclosure<br>☐ Return of Earnest Money<br>☐ Confirmation, vacation, modification or correction of arbitration award.<br>Plus interest, costs, attorney fees, if any, and such other relief as the court deems proper. |
| Briefly explain the facts and why the court should award you what you are asking for.<br><br>**For Eviction Actions:** If you are seeking money damages, you must also state that claim on this form. If you do not know the exact amount of money damages yet, state that the amount of money damages cannot yet be determined. | 2. Brief statement of dates and facts:<br>(If this is an eviction action and you are seeking money damages, you must also state that claim on this form.)<br><br>**TREASON !!!** |
| **If you need more room, check this box and attach additional sheets.** | ☐ **See attached for additional information.** Provide copy of attachments for court and defendant(s). |
| Check if you are the plaintiff or the attorney. | I am the ☐ plaintiff.<br>☒ attorney for the plaintiff. |

| | | | |
|---|---|---|---|
| Enter your or your attorney's name and date. | ▶ /s/ *[signature]*<br>Plaintiff | | Attorney's Signature |
| Print or type your name. Enter your or your attorney's phone number. | *Lloyd Hopkins*<br>Name Printed or Typed | | Attorney's Name Printed or Typed |
| An attorney must enter his or her State Bar Number, law firm and address. | *603 MAIN ST*<br>Address | | Attorney's Address |
| | Email Address<br>*NA* | | Attorney's Email Address    Telephone Number |
| | Telephone Number | *3/2/23*<br>Date | Date    State Bar No (if any) |

**COPIES:** For each person you are suing, make two copies of this signed original and any attachments, and bring them to the clerk of court.

SC-500I, 11/19 Summons and Complaint – Small Claims    Chapter 799, Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.
Page 2 of 2

Case 2:23-cv-00354-BHL    Filed 03/17/23    Page 2 of 7    Document 1-3

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of

Division

| | |
|---|---|
| Lloyd Hopkins | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ☒ Yes ☐ No |
| -v- | |
| Social Sercurity Administration & Milwaukee County | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

**I.   The Parties to This Complaint**

   **A.   The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Lloyd Hopkins |
   | Street Address | 603 Main ST |
   | City and County | Racine |
   | State and Zip Code | Wi, 53401 |
   | Telephone Number | N/A |
   | E-mail Address | N/A |

   **B.   The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### Defendant No. 1

| | |
|---|---|
| Name | Luke SinClair |
| Job or Title *(if known)* | Attorney |
| Street Address | 517 E. Wisconsin Ave |
| City and County | Milwaukee |
| State and Zip Code | Wisconsin 53202 |
| Telephone Number | N/A |
| E-mail Address *(if known)* | N/A |

### Defendant No. 2

| | |
|---|---|
| Name | Milwaukee County |
| Job or Title *(if known)* | Justice |
| Street Address | 901 N.9th St |
| City and County | Milwaukee |
| State and Zip Code | Wisconsin 53233 |
| Telephone Number | N/A |
| E-mail Address *(if known)* | N/A |

### Defendant No. 3

| | |
|---|---|
| Name | Childs Rhodes |
| Job or Title *(if known)* | Clerk/Commisionior |
| Street Address | 901 N.9th St |
| City and County | Milwaukee |
| State and Zip Code | Wi 53233 |
| Telephone Number | N/A |
| E-mail Address *(if known)* | N/A |

### Defendant No. 4

| | |
|---|---|
| Name | Katryna |
| Job or Title *(if known)* | Clerk/ commisionior |
| Street Address | 901 N 9th St |
| City and County | Milwaukee |
| State and Zip Code | Wi 53233 |
| Telephone Number | N/A |
| E-mail Address *(if known)* | N/A |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question        ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Civil Rights

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Lloyd Hopkins, is a citizen of the State of *(name)* Wisconsin.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* Lloyd hopkins, is incorporated under the laws of the State of *(name)* Lloyd Hopkins, and has its principal place of business in the State of *(name)* Wisconsin.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* Luke Sinclair, is a citizen of the State of *(name)* Wisconsin. Or is a citizen of *(foreign nation)* United States of America.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* Milwaukee County, is incorporated under the laws of the State of *(name)* Wisconsin, and has its principal place of business in the State of *(name)* Wisconsin.

Or is incorporated under the laws of *(foreign nation)* United States of America, and has its principal place of business in *(name)* Milwaukee County.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Social Sercurity Adminstration & Milwaukee county are playing with my pension

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Milwaukee County left me a message for 200.00 dollars. Requesting I spend more money. Social Sercurity Administration left the message. 2/24/23 over a ZOOM MEETING (3)

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

10.000 dollars

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-28-23

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: Lloyd Hopkins

### B. For Attorneys

Date of signing: 2-28-23

Signature of Attorney: *[signed]*
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address: 603 Main St
State and Zip Code: Racine WI 53401
Telephone Number: 262-705-2314
E-mail Address: