# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

GINA M. COLLETTI
CLERK

TEL: 414-297-3372
www.wied.uscourts.gov

March 17, 2023

Lloyd Hopkins
603 Main St
Racine, WI 53401

Re: **Hopkins v. United States of America**
     **Case No. 23-cv-354**

Dear Mr. Hopkins:

This case has been assigned to Judge Brett Ludwig, who presides in the Milwaukee Division of the Court. Please mail all future filings for this case to: United States District Court, Office of the Clerk, 517 East Wisconsin Avenue, Room 362, Milwaukee, Wisconsin 53202.

Enclosed please find a form regarding magistrate judge jurisdiction for your consideration. This form must be returned to the Court within 21 days of the date of this letter.

The court will communicate with you through the mail. If your mailing address changes while this case is pending, you must immediately notify the court. <u>Failure to do so may result in the dismissal of your case without further notice.</u>

Very truly yours,

GINA M. COLLETTI
Clerk of Court

s/ Deputy Clerk